

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yoon Taek Sang<br><br>**Plaintiff,**<br>V.<br>Johnny N. William,  Eric Holder, Jr., and John Doe<br><br>**Defendant.** | Civil Action No. 12-cv-00968-DMS-JMA<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Government has since informed the Court that Petitioner has been removed to South Korea, and asks the Court to dismiss this case as moot. Based on the evidence and the record on file, the Court agrees with the Government, and thus dismisses this case as moot.

**Date:**        4/4/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/  V. Mosqueda
                                             V. Mosqueda, Deputy